# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

17TH FLOOR
222 DELAWARE AVENUE
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**Douglas E. McCann**
302 778-8437

Email
DMcCann@fr.com

May 13, 2013

Honorable Richard G. Andrews
United States District Court
 for District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

Re:   Microsoft Corporation v. Robocast, Inc.
      C.A. No. 13-313-RGA

Dear Judge Andrews:

Microsoft submits this status letter in response to the Court's May 7, 2013, Order. Microsoft filed this suit against Robocast on February 25, 2013, alleging infringement of Microsoft's U.S. Patent No. 6,632,248 by Robocast's website, products, and services. Microsoft assented to Robocast's first request for an extension to respond to the complaint until April 18, and also assented to Robocast's second request for an extension to May 6. On May 6, Robocast contacted Microsoft to determine if Microsoft would assent to a 6-month stay of the case. Microsoft responded that it would so assent, provided Robocast stipulated and agreed that it would not rely for any purpose on, or seek to offer into evidence, any Robocast website, product, or services it has developed or offered at any time or that it plans or intends to develop or offer in its co-pending lawsuit against Microsoft (C. A. No. 1:10-cv-1055). Robocast requested a further one-week extension of time to respond to Microsoft's complaint in order to consider this proposal, which Microsoft assented to, and which extension was formally requested in a stipulation filed on May 8, which was so ordered on May 13. Microsoft is presently awaiting a response to its proposal from Robocast.

Respectfully,

/s/ Douglas E. McCann

Douglas E. McCann

cc:   Counsel of Record